UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26- 61561-CV-DIMITROULEAS

JOHAN SEBASTIAN PALOMINO-GRANADA,

      Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL CENTER, et. al.

      Respondents.

_____/

## ORDER CANCELLING HEARING

**THIS CAUSE** is before the Court on Respondents' Status Report and Notice to Cancellation of Hearing Set for June 9, 2026 [DE 9], filed herein on June 5, 2026. The Court has considered the Status Report [DE 9] and is otherwise fully advised in the premises.  The Status Report states that an individualized immigration bond hearing was held on the merits before the Immigration Court on June 3, 2026, in accordance with *Hernandez Alverez v. Warden, Federal Detention Center Miami, et al.*, 175 F.4th 1258 (11th Cir. 2026).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the hearing in this matter scheduled for June 9, 2026 is **CANCELLED**. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record